**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Magdelena Franco,

Plaintiff, Civil No. 00-1379 (RHK/JMM)

vs. **ORDER**

Larry G. Massanari, Acting
Commissioner of Social Security
Agency,

Defendant.

---

Although the Court does not find that counsel has shown good cause for the requested relief, **IT IS ORDERED** that

1. Defendant's Motion for Extension of Dispositive Motion Deadline is **GRANTED**;

2. Plaintiff shall serve and file a response memorandum by November 14, 2001;

3. Defendant may file a reply memorandum by November 20, 2001; and

4. Oral argument will be heard at 9:00 a.m. on Monday, November 26, 2001.

There will be no further extensions, and this matter will remain on the court's January, 2002 trial calendar, and all trial material will be exchanged and filed in accordance with the Court's attached Scheduling Order.

Dated: October 30, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER RE: SUBMISSION OF TRIAL MATERIALS FOR JANUARY, 2002 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning January 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By December 14, 2001:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By December 21, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By December 28, 2001: Responses to the Written Objections.

RICHARD H. KYLE
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **Alton S. Edwards**<br><br>**vs CV 00-993 RHK/JMM**<br>**COURT**<br><br>**Longview Fibre Co.**<br>**Local #970 Teamster Union** | **Alton Edwards**<br>**763-571-8952**<br><br><br><br><br>**Richard Beene**<br>**612-339-4302**<br>**Bernard Bobber**<br>**414-271-2400**<br>**James Hansing**<br>**612-333-6113** |
| 2. | **Magdelena Franco**<br><br>**vs CV 00-1379 RHK/JMM**<br>**JURY**<br><br>**Kenneth S. Apfel, Commissioner**<br>**Social Security Administration**<br>**Agency** | **Elizabeth Kimball**<br>**612-373-7022**<br><br><br><br>**Mary Jo Madigan**<br>**612-664-5600** |
| 3. | **June E. Kulzer**<br>**Dewey Kulzer**<br><br>**vs CV 00-2439 RHK/JMM**<br>**JURY**<br><br>**Wal-Mart Stores Inc.** | **Michael Strom**<br>**651-437-3148**<br><br><br><br><br>**Andrew Marshall**<br>**612-333-3000** |

| | | |
|---|---|---|
| **4.** | **Hugs & Kisses, Inc.** | **John Dorgan**<br>**612-729-1943** |
| | **vs CV 3-96-767 RHK/FLN**<br>**JURY** | |
| | **Mario H. Aguirre,** | **Mario H. Aguirre** |
| **5.** | **Marcia M. Venne, as Trustee for the heirs and Next of Kin of Ralph Sonny Venne, deceased** | **Daniel O'Leary**<br>**651-222-2731** |
| | **vs CV 99-1888 RHK/RLE**<br>**JURY**<br>**DULUTH** | |
| | **Komatsu LTD, etal** | **David Kelly**<br>**612-339-8682** |