**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Magdelena Franco,

Plaintiff,

Civil No. 00-1379 (RHK/JMM)

vs.

**REVISED SCHEDULING ORDER**

Larry G. Massanari, Acting Commissioner of Social Security Agency,

Defendant.

---

Although the Court does not find that counsel has shown good cause for the requested relief, **IT IS ORDERED** that

1. Defendant's Motion for Extension of Dispositive Motion Deadline is **GRANTED**;

2. Plaintiff shall serve and file a responsive memorandum by November 21, 2001;

3. Defendant may file a reply memorandum by November 28, 2001; and

4. Oral argument will be heard at 8:00 a.m. on Friday, December 7, 2001.

There will be no further extensions, and this matter will remain on the court's January, 2002 trial calendar, and deemed ready for trial as of January 15, 2002.

The following trial materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By December 27, 2002:

1. All "documents to be submitted for trial" as required by Local Rule 39.1(b);

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Designation and copies of proposed deposition testimony;

3. Motions in Limine with supporting briefs; and

4. Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By January 4, 2002:

1. Responsive briefs to Motions in Limine;

2. Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

3. Replies to Trial Briefs.

By January 10, 2002: Responses to the Written Objections.

Dated: November 6, 2001

RICHARD H. KYLE
United States District Judge